**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_MIDDLE_ District of _FLORIDA_

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

FILED
2019 JUL 29  PM 2 50

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | _PATRICK_<br>First name<br><br>_RYAN_<br>Middle name<br><br>_BRAY_<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _P. RYAN_<br>First name<br><br>_____<br>Middle name<br><br>_BRAY_<br>Last name<br><br>_RYAN_<br>First name<br><br>_____<br>Middle name<br><br>_BRAY_<br>Last name | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _1 6 5 5_<br>OR<br>**9** xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>**9** xx – xx – ___ ___ ___ ___ |

Debtor 1    _PATRICK RYAN BRAY_    Case number *(if known)*_____
　　　　　First Name　Middle Name　Last Name

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☐ I have not used any business names or EINs.

_PRBB LLC_
Business name

_____
Business name

_20 - 4 6 6 6 0 3 8_
EIN

__ - __ __ __ __ __ __ __
EIN

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

__ - __ __ __ __ __ __ __
EIN

__ - __ __ __ __ __ __ __
EIN

**5. Where you live**

_4007 RIVERVIEW BLVD_
Number　Street

_BRADENTON　　FL 34209_
City　　　　　State　ZIP Code

_MANATEE_
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number　Street

_____
P.O. Box

_____
City　　　　　State　ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number　Street

_____
City　　　　　State　ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number　Street

_____
P.O. Box

_____
City　　　　　State　ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

Debtor 1   _PATRICK  RYAN  BRAY_
　　　　　First Name　　Middle Name　　Last Name

Case number (if known)_____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No
☐ Yes.

| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ MM / DD / YYYY | Case number, if known_____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ MM / DD / YYYY | Case number, if known_____ |

**11. Do you rent your residence?**

☒ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

　　☐ No. Go to line 12.
　　☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1  *Patrick Ryan Bray*

First Name    Middle Name    Last Name

Case number *(if known)* _____

---

**Part 3:**  **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                                State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**  **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number        Street

_____

_____
City                        State        ZIP Code

---

Debtor 1    *PATRICK RYAN BRAY*
First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.**    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.**    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.**    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.**    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.**    I am currently on active military duty in a military combat zone. | ☐ **Active duty.**    I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1 _PATRICK RYAN BRAY_
   First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**Part 6:**    **Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____
_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☒ No
    ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:**    **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _P. Ry Bray_
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Executed on _7/29/2019_
    MM / DD / YYYY

Executed on _____
    MM / DD / YYYY

---

Debtor 1  *Patrick Ryan Bray*
          First Name      Middle Name        Last Name

Case number (*if known*)_____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ _____      Date  _____

Signature of Attorney for Debtor                        MM   /   DD  / YYYY

Printed name  _____

Firm name  _____

Number    Street  _____

_____

City  _____  State _____  ZIP Code _____

Contact phone  _____  Email address  _____

Bar number  _____  State _____

---

Debtor 1   _PATRICK  RYAN  BRAY_                                Case number *(if known)*_____
            First Name   Middle Name   Last Name

| **For you if you are filing this bankruptcy without an attorney**<br><br>**If you are represented by an attorney, you do not need to file this page.** | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.** |
|---|---|

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

❏ No
☒ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

❏ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☒ No
❏ Yes. Name of Person_____.
       Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _P. Ry Bray_                              ✗ _____
  Signature of Debtor 1                         Signature of Debtor 2

Date  _7/29/2019_                            Date  _____
      MM / DD / YYYY                               MM / DD / YYYY

Contact phone  _941-812-9007_               Contact phone  _____

Cell phone  _941-812-9007_                  Cell phone  _____

Email address  _PRYANBRAY@MSN.COM_  Email address  _____

**Fill in this information to identify your case:**

Debtor 1    *PATRICK          RYAN          BRAY*
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: *MIDDLE* District of *FLORIDA*

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from *Schedule A/B* .......................................................... | $ *571,300* |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* .......................................................... | $ *10,250* |
| 1c. Copy line 63, Total of all property on *Schedule A/B* .......................................................... | $ *581,550* |

### Part 2:   Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........... | $ *881,928* |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................... | $ *0* |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................... | + $ *803,857* |
| **Your total liabilities** | $ *1,685,785* |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* .......................................................... | $ *0* |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* .......................................................... | $ *6,486.00* |

Debtor 1    _PATRICK RYAN BRAY_____    Case number *(if known)*_____
      First Name    Middle Name    Last Name

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

---

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _5,166 . 00_

---

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0 |
| 9d. Student loans. (Copy line 6f.) | $ 0 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0 |

---

**Fill in this information to identify your case and this filing:**

Debtor 1 *PATRICK    RYAN    BRAY*
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: *MIDDLE* District of *FLORIDA*

Case number _____

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   1.1. *4007 RIVERVIEW BLVD*
   Street address, if available, or other description

   *BRADENTON    FL 34209*
   City        State    ZIP Code

   *MANATEE*
   County

   **What is the property?** Check all that apply.
   ☒ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☒ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?** $ *800,000*
   **Current value of the portion you own?** $ *400,000*

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   *FEE SIMPLE*

   ☒ Check if this is community property (see instructions)

   **Other information you wish to add about this item, such as local property identification number:** *HOMESTEAD PROPERTY*

   If you own or have more than one, list here:

   1.2. *1116 71ST ST NW*
   Street address, if available, or other description

   *BRADENTON    FL 34209*
   City        State    ZIP Code

   *MANATEE*
   County

   **What is the property?** Check all that apply.
   ☒ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☒ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?** $ *340,000*
   **Current value of the portion you own?** $ *170,000*

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   *FEE SIMPLE*

   ☒ Check if this is community property (see instructions)

   **Other information you wish to add about this item, such as local property identification number:** _____

Debtor 1  *Patrick Ryan Bray*

First Name    Middle Name    Last Name

Case number (*if known*)_____

| | | |
|---|---|---|
| 1.3. | **3610 54TH ST W** | What is the property? Check all that apply. |

Street address, if available, or other description

**UNIT B-1**

**BRADENTON  FL  34209**

City    State    ZIP Code

**MANATEE**

County

What is the property? Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☒ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$ **130,000**   $ **1,300.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**OWNED BY PRBB LLC**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ........................................➔  $ **571,300**

---

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☒ No
☐ Yes

| | | |
|---|---|---|
| 3.1. | Make: _____ | Who has an interest in the property? Check one. |
| | Model: _____ | ☐ Debtor 1 only |
| | Year: _____ | ☐ Debtor 2 only |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only |
| | | ☐ At least one of the debtors and another |
| | Other information: | |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

☐ **Check if this is community property** (see instructions)

$_____   $ **0**

If you own or have more than one, describe here:

| | | |
|---|---|---|
| 3.2. | Make: _____ | Who has an interest in the property? Check one. |
| | Model: _____ | ☐ Debtor 1 only |
| | Year: _____ | ☐ Debtor 2 only |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only |
| | | ☐ At least one of the debtors and another |
| | Other information: | |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

☐ **Check if this is community property** (see instructions)

$_____   $ **0**

---

Debtor 1 _PATRICK_ _RYAN_ _BRAY_
First Name    Middle Name    Last Name

Case number (if known)_____

---

**3.3.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____    $_____

---

**3.4.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____    $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No

☐ Yes

---

**4.1.** Make: _____

Model: _____

Year: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____    $ 0

---

If you own or have more than one, list here:

**4.2.** Make: _____

Model: _____

Year: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____    $_____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ·················· ➜    $ 0

---

Debtor 1  *Patrick Ryan Dray*

First Name  Middle Name  Last Name

Case number *(if known)* _____

## Part 3:  Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**

*Examples*: Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe.......... APPLIANCES FURNITURE,     $ 5,000.00

**7. Electronics**

*Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes. Describe.......... T.V.'S     $ 1,500.00

**8. Collectibles of value**

*Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes. Describe..........     $ 0

**9. Equipment for sports and hobbies**

*Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☒ No
☐ Yes. Describe..........     $ 0

**10. Firearms**

*Examples*: Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☒ Yes. Describe.......... 1 PISTOL     $ 250.00

**11. Clothes**

*Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe.......... CLOTHING     $ 2000.00

**12. Jewelry**

*Examples*: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes. Describe.......... WEDDING RING     $ 200.00

**13. Non-farm animals**

*Examples*: Dogs, cats, birds, horses

☒ No
☐ Yes. Describe..........     $ 0

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Give specific information. ..............     $ 0

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................... →     $ 8,950.00

Debtor 1  *Patrick Ryan Bray*
First Name   Middle Name   Last Name

Case number *(if known)*_____

## Part 4:  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☒ No
☐ Yes ........................................................................................................................................    Cash: ....................... $ _____*0*_____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☒ No
☐ Yes ....................                         Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | _____ | $ ____*0*____ |
| 17.2. Checking account: | _____ | $ _____ |
| 17.3. Savings account: | _____ | $ _____ |
| 17.4. Savings account: | _____ | $ _____ |
| 17.5. Certificates of deposit: | _____ | $ _____ |
| 17.6. Other financial account: | _____ | $ _____ |
| 17.7. Other financial account: | _____ | $ _____ |
| 17.8. Other financial account: | _____ | $ _____ |
| 17.9. Other financial account: | _____ | $ _____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes ................         Institution or issuer name:

_____  $ ____*0*____
_____  $ _____
_____  $ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☒ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| *PRBB LLC* | *1*% | $ *1,300.00* |
| _____ | 0% | $ _____ |
| _____ | 0% | $ _____ |

Debtor 1    _PATRICK  RYAN  BRAY_
         First Name    Middle Name    Last Name

Case number (if known) _____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No

☐ Yes. Give specific    Issuer name:
    information about
    them.................    _____    $_____0_____

                            _____    $_____

                            _____    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No

☐ Yes. List each
    account separately.    Type of account:    Institution name:

                    401(k) or similar plan:    _____    $_____0_____

                    Pension plan:    _____    $_____

                    IRA:    _____    $_____

                    Retirement account:    _____    $_____

                    Keogh:    _____    $_____

                    Additional account:    _____    $_____

                    Additional account:    _____    $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No

☐ Yes.........................    Institution name or individual:

                    Electric:    _____    $_____0_____

                    Gas:    _____    $_____

                    Heating oil:    _____    $_____

                    Security deposit on rental unit:    _____    $_____

                    Prepaid rent:    _____    $_____

                    Telephone:    _____    $_____

                    Water:    _____    $_____

                    Rented furniture:    _____    $_____

                    Other:    _____    $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No

☐ Yes.........................    Issuer name and description:

                            _____    $_____0_____

                            _____    $_____

                            _____    $_____

Debtor 1  *Patrick Ryan Dray*

First Name    Middle Name    Last Name    Case number *(if known)*_____

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes ................................ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c)

_____  $_____

_____  $_____

_____  $_____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes. Give specific information about them....    $_____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific information about them....    $_____

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific information about them....    $_____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☒ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal:  $_____
State:  $_____
Local:  $_____

**29. Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information.............

Alimony:  $_____
Maintenance:  $_____
Support:  $_____
Divorce settlement:  $_____
Property settlement:  $_____

**30. Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information.............    $_____

Debtor 1    *Patrick Ryan Bray*
First Name    Middle Name    Last Name

Case number *(if known)* _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☒ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| MASSMUTUAL | ELIZABETH BRAY | $ 0 |
| | | $ |
| | | $ |

**32. Any interest in property that is due from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information..............     $ 0

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim. ...................     $ 0

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Describe each claim. .................     $ 0

**35. Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information............     $ 0

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................     → $ 1,300.00

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☒ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe......     $ 0

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes. Describe......     $ 0

Debtor 1    *PATRICK RYAN BRAY*
 First Name   Middle Name   Last Name

Case number *(if known)*_____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No
☐ Yes. Describe....... [                                            ]   $ _____

**41. Inventory**

☒ No
☐ Yes. Describe....... [                                            ]   $ _____

**42. Interests in partnerships or joint ventures**

☒ No
☒ Yes. Describe.......

Name of entity:                                    % of ownership:
*PRBB LLC* _____              _____%   $ _____
_____                          _____%   $ _____
_____                          _____%   $ _____

**43. Customer lists, mailing lists, or other compilations**

☒ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  ☐ No
  ☐ Yes. Describe........ [                          ]   $ _____

**44. Any business-related property you did not already list**

☒ No
☐ Yes. Give specific     _____   $ _____
  information .........    _____   $ _____
                          _____   $ _____
                          _____   $ _____
                          _____   $ _____
                          _____   $ _____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ......................................................➔   $ _____

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**47. Farm animals**
  *Examples*: Livestock, poultry, farm-raised fish

☐ No
☐ Yes......................... [                          ]   $ _____

Debtor 1  *PATRICK RYAN BRAY*

First Name   Middle Name   Last Name

Case number *(if known)*_____

48. **Crops—either growing or harvested**

☒ No

☐ Yes. Give specific information. ............

$ *0*

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No

☐ Yes ........................

$ *0*

50. **Farm and fishing supplies, chemicals, and feed**

☒ No

☐ Yes

$ *0*

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No

☐ Yes. Give specific information. ............

$ *0*

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................

→ $ *0*

---

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☒ No

☐ Yes. Give specific information. ............

$ *0*

$ _____

$ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................

→ $ *0*

---

**Part 8:**   **List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ........................................ → $ *571,300*

56. **Part 2: Total vehicles, line 5**     $ *0*

57. **Part 3: Total personal and household items, line 15**     $ *8,950.00*

58. **Part 4: Total financial assets, line 36**     $ *1,300.00*

59. **Part 5: Total business-related property, line 45**     $ *0*

60. **Part 6: Total farm- and fishing-related property, line 52**     $ *0*

61. **Part 7: Total other property not listed, line 54**     + $ *0*

62. **Total personal property.** Add lines 56 through 61. ...............     $ *10,250*   Copy personal property total → + $ *10,250*

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .............................................     $ *581,550*

**Fill in this information to identify your case:**

Debtor 1  _PATRICK_   _RYAN_   _BRAY_
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _MIDDLE_ District of _FLORIDA_

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                          04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _HOMESTEAD RESIDENCE_  Line from *Schedule A/B*: _1.1_ | $ _400,000_ | ☑ $ _400,000_  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____  Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

Debtor 1  *PATRICK RYAN BRAY*
First Name    Middle Name    Last Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

**Fill in this information to identify your case:**

Debtor 1 _PATRICK   RYAN   BRAY_
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: _MIDDLE_ District of _FLORIDA_

Case number
(If known) _____

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1** _BANK OF THE OZARKS_

Creditor's Name

_601 W. COMMERCIAL ST._
Number   Street

Describe the property that secures the claim:

_PRIMARY RESIDENCE, HOMESTEAD_

$ _419,000_   $ _800,000_   $ _0_

_OZARK   AR 72949_
City        State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

Date debt was incurred _5/2011_

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _7 7 5 0_

**2.2** _SYNOVUS BANK_

Creditor's Name

_111 BAY AVE_
Number   Street

Describe the property that secures the claim:

_PRIMARY RESIDENCE, HOMESTEAD_
_HELOC LOAN_

$ _187,000_   $ _800,000_   $ _0_

_COLUMBUS   GA 31901_
City        State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _6/2011_

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _1 1 6 6_

Add the dollar value of your entries in Column A on this page. Write that number here: $ _606,000_

Debtor 1  **PATRICK RYAN BRAY**
First Name  Middle Name  Last Name

Case number *(if known)* _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**MR. COOPER**
Creditor's Name

Describe the property that secures the claim:  $ **275,928**  $ **340,000**  $ **0**

**8950 CYPRESS WATERS AVE**
Number    Street

**SECONDARY PROPERTY**

**COPPELL  TX  75019**
City    State  ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **6/2016**   Last 4 digits of account number **7 9 5 8**

---

Creditor's Name

Describe the property that secures the claim:  $_____  $_____  $_____

Number    Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City    State  ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

Describe the property that secures the claim:  $_____  $_____  $_____

Number    Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City    State  ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ **606,000**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ **881,928**

**Fill in this information to identify your case:**

Debtor 1        _PATRICK      RYAN      BRAY_
                First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _MIDDLE_ District of _FLORIDA_

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☒ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|     |     | Total claim | Priority amount | Nonpriority amount |
|-----|-----|-------------|-----------------|--------------------|

**2.1**

Priority Creditor's Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____  $_____  $_____

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

Priority Creditor's Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____  $_____  $_____

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Part 1:** **Your PRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

Priority Creditor's Name

Number      Street

City           State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___      $_____  $_____  $_____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

---

Priority Creditor's Name

Number      Street

City           State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___      $_____  $_____  $_____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

---

Priority Creditor's Name

Number      Street

City           State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___      $_____  $_____  $_____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Patrice Ann Bray** (handwritten)

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**Total claim**

**4.1** **BANK OF AMERICA**
Nonpriority Creditor's Name

**P.O. BOX  982238**
Number    Street

**EL PASO          TX      79998**
City              State    ZIP Code

**Last 4 digits of account number  9 1 4 7**

**When was the debt incurred?  3/2010**

$ **64,470**

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **CREDIT CARD**

---

**4.2** **DISCOVER FINANCIAL**
Nonpriority Creditor's Name

**P.O. BOX  15316**
Number    Street

**WILMINGTON      DE      19850**
City              State    ZIP Code

**Last 4 digits of account number  6 0 1 1**

**When was the debt incurred?  1/2009**

$ **8,402**

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **CREDIT CARD**

---

**4.3** **JPMCB**
Nonpriority Creditor's Name

**P.O. BOX  15298**
Number    Street

**WILMINGTON      DE      19850**
City              State    ZIP Code

**Last 4 digits of account number  4 2 2 6**

**When was the debt incurred?  12/2009**

$ **19,562**

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **CREDIT CARD**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |

---

_JPMCB_
Nonpriority Creditor's Name

_P.O. Box    19850_
Number    Street

_WILMINGTON    DE    19850_
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _4 0 3 0_

**When was the debt incurred?** _6/2006_

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _CREDIT CARD_

$ _21,100_

---

_JPMCB_
Nonpriority Creditor's Name

_P.O. Box    15298_
Number    Street

_WILMINGTON    DE    19850_
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _4 1 4 7_

**When was the debt incurred?** _6/2006_

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _CREDIT CARD_

$ _36,979_

---

_LPL FINANCIAL (NEIL BARITZ (ATTORNEY FOR LPL)_
Nonpriority Creditor's Name

_1075 BROKEN SOUND PKWY #102_
Number    Street

_BOCA RATON    FL    33489_
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _0 7 7 4_

**When was the debt incurred?** _12/2015_

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _PROMISSORY NOTE_

$ _88,776_

---

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

SYNCB/ROOMS TO GO
Nonpriority Creditor's Name

P.O. BOX 965036
Number      Street

ORLANDO,                    FL    32896
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  6  0  1  9    $6,000

**When was the debt incurred?**  10/2009

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  CREDIT CARD

---

MERRILL LYNCH (RUBIN FORTUNATO) (ATTORNEY FOR )
Nonpriority Creditor's Name

10 SOUTH LEOPARD ROAD
Number      Street

PAOLI        PENNSYLVANIA    19301
City          State            ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __  __  __  __    $382,674

**When was the debt incurred?**  3/2014

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  PROMISSORY NOTE

---

UBS FINANCIAL (ATTORNEY FOR UBS)  STACEY FISHER, ESQ
Nonpriority Creditor's Name

2775 SUNNY ISLES BLVD #100
Number      Street

MIAMI        FL    33160
City          State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  5  0  8  5    $175,894

**When was the debt incurred?**  2/2015

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  PROMISSORY NOTE

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

_____
Name

_____
Number      Street

_____

_____
City            State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number      Street

_____

_____
City            State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number      Street

_____

_____
City            State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number      Street

_____

_____
City            State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number      Street

_____

_____
City            State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number      Street

_____

_____
City            State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number      Street

_____

_____
City            State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1 _PATRICK_ _RYAN_ _BRADY_     Case 8:19-bk-07185-MGW     Doc 1     Filed 07/29/19     Page 31 of 59
First Name     Middle Name     Last Name
Case number (if known)_____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | Total claim |
|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | $ _0_ |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ _0_ |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ _0_ |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ _0_ |
| 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ _0_ |

**Total claims from Part 2**

| | | | Total claim |
|---|---|---|---|
| 6f. | **Student loans** | 6f. | $ _0_ |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ _0_ |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ _0_ |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ _803,857_ |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ _803,857_ |

**Fill in this information to identify your case:**

Debtor  *PATRICK*   *RYAN*   *BRAY*
First Name            Middle Name            Last Name

Debtor 2
(Spouse if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: *MIDDLE* District of *FLORIDA*

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br> Number   Street <br> City          State   ZIP Code | |
| **2.2** <br> Name <br> Number   Street <br> City          State   ZIP Code | |
| **2.3** <br> Name <br> Number   Street <br> City          State   ZIP Code | |
| **2.4** <br> Name <br> Number   Street <br> City          State   ZIP Code | |
| **2.5** <br> Name <br> Number   Street <br> City          State   ZIP Code | |

Debtor 1 _____    Case number (if known)_____
     First Name     Middle Name     Last Name

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.2**

Name _____

Number     Street _____

City           State    ZIP Code

**2._**

Name _____

Number     Street _____

City           State    ZIP Code

**2._**

Name _____

Number     Street _____

City           State    ZIP Code

**2._**

Name _____

Number     Street _____

City           State    ZIP Code

**2._**

Name _____

Number     Street _____

City           State    ZIP Code

**2._**

Name _____

Number     Street _____

City           State    ZIP Code

**2._**

Name _____

Number     Street _____

City           State    ZIP Code

**2._**

Name _____

Number     Street _____

City           State    ZIP Code

**Fill in this information to identify your case:**

Debtor 1    PATRICK    RYAN    BRAY
　　　　　　First Name　　　Middle Name　　　Last Name

Debtor 2
(Spouse, if filing)    First Name　　Middle Name　　　Last Name

United States Bankruptcy Court for the:    MIDDLE District of    FLORIDA

Case number
(If known)

☐ Check if this is an
　 amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   　☐ No

   　☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   　_____
   　Name of your spouse, former spouse, or legal equivalent

   　_____
   　Number　　Street

   　_____
   　City　　　　　　　State　　　　　ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____ <br> Name <br> _____ <br> Number　　Street <br> _____ <br> City　　　State　　ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** _____ <br> Name <br> _____ <br> Number　　Street <br> _____ <br> City　　　State　　ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.3** _____ <br> Name <br> _____ <br> Number　　Street <br> _____ <br> City　　　State　　ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Debtor 1 _____    Case number *(if known)*_____
First Name    Middle Name    Last Name

| | **Additional Page to List More Codebtors** |

| *Column 1*: **Your codebtor** | *Column 2*: **The creditor to whom you owe the debt** |

Check all schedules that apply:

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Fill in this information to identify your case:**

Debtor 1 _PATRICK_   _RYAN_   _BRAY_
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: _MIDDLE_ District of _FLORIDA_

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   income as of the following date:
   _____
   MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| **Employment status** | | ☐ Employed<br>☒ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | | _UNEMPLOYED_ | _SELF EMPLOYED_ |
| **Employer's name** | | _____ | _____ |
| **Employer's address** | | _____<br>Number   Street | _1116 71ST ST NW_<br>Number   Street |
| | | _____<br>City    State  ZIP Code | _BRADENTON FL 34209_<br>City    State  ZIP Code |
| **How long employed there?** | | _____ | _____ |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ _0_ | $ _5,166 —_ |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $ _0_ | + $ _0_ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ _0_ | $ _5,166_ |

Debtor 1   _PATRICK RYAN BRAY_____          Case number (if known)_____
           First Name   Middle Name   Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here...........................................................→ | 4. | $ _____0_____ | $ _5,166.00_ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ ___0___ | $ ___0___ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ ___0___ | $ ___0___ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ ___0___ | $ ___0___ |
| 5d. Required repayments of retirement fund loans | 5d. | $ ___0___ | $ ___0___ |
| 5e. Insurance | 5e. | $ ___0___ | $ ___0___ |
| 5f. Domestic support obligations | 5f. | $ ___0___ | $ ___0___ |
| 5g. Union dues | 5g. | $ ___0___ | $ ___0___ |
| 5h. Other deductions. Specify: _____ | 5h. | +$ ___0___ | + $ ___0___ |

| | | | |
|---|---|---|---|
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ ___0___ | $ ___0___ |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ ___0___ | $ _5,166.00_ |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ ___0___ | $ ___0___ |
| 8b. Interest and dividends | 8b. | $ ___0___ | $ ___0___ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ ___0___ | $ ___0___ |
| 8d. Unemployment compensation | 8d. | $ ___0___ | $ ___0___ |
| 8e. Social Security | 8e. | $ ___0___ | $ ___0___ |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ ___0___ | $ ___0___ |
| 8g. Pension or retirement income | 8g. | $ ___0___ | $ ___0___ |
| 8h. Other monthly income. Specify: _____ | 8h. | +$ ___0___ | +$ ___0___ |

| | | | |
|---|---|---|---|
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ ___0___ | $ _5,166.00_ |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ ___0___ + | $ _5,166.00_ = | $ _5,166.00_ |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. + $ ___0___

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies

12.  $ _5166.00_
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1 _PATRICK_ _RYAN_ _BRAY_
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _MIDDLE_ District of _FLORIDA_

Case number
(If known) _____

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
 expenses as of the following date:
 _____
 MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

 ☒ No. Go to line 2.
 ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**    ☐ No

 Do not list Debtor 1 and    ☒ Yes. Fill out this information for
 Debtor 2.    each dependent..................

 Do not state the dependents'
 names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| DAUGHTER | 13 | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include    ☒ No
 expenses of people other than    ☐ Yes
 yourself and your dependents?**

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and
 any rent for the ground or lot.    4.  $ _4,472.00_

 If not included in line 4:

 4a.   Real estate taxes    4a.  $ _____

 4b.   Property, homeowner's, or renter's insurance    4b.  $ _____

 4c.   Home maintenance, repair, and upkeep expenses    4c.  $ _____

 4d.   Homeowner's association or condominium dues    4d.  $ _____

Debtor 1    PATRICK RYAN BRAY                    Case number (if known)_____
      First Name     Middle Name     Last Name

| | | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 864 ~ |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ 400 ~ |
| 6b. | Water, sewer, garbage collection | 6b. $ 100 ~ |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ |
| 6d. | Other. Specify: _____ | 6d. $ |
| 7. | **Food and housekeeping supplies** | 7. $ 400 ~ |
| 8. | **Childcare and children's education costs** | 8. $ 0 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ 0 |
| 10. | **Personal care products and services** | 10. $ 0 |
| 11. | **Medical and dental expenses** | 11. $ 0 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 0 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ 0 |
| 14. | **Charitable contributions and religious donations** | 14. $ 0 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. | Life insurance | 15a. $ 250 ~ |
| 15b. | Health insurance | 15b. $ 0 |
| 15c. | Vehicle insurance | 15c. $ 0 |
| 15d. | Other insurance. Specify:_____ | 15d. $ 0 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ 0 |
| 17. | **Installment or lease payments:** | |
| 17a. | Car payments for Vehicle 1 | 17a. $ 0 |
| 17b. | Car payments for Vehicle 2 | 17b. $ 0 |
| 17c. | Other. Specify:_____ | 17c. $ 0 |
| 17d. | Other. Specify:_____ | 17d. $ 0 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. $ 0 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. $ 0 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| 20a. | Mortgages on other property | 20a. $ 0 |
| 20b. | Real estate taxes | 20b. $ 0 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ 0 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ 0 |
| 20e. | Homeowner's association or condominium dues | 20e. $ 0 |

Debtor 1 ___PATRICK RYAN BRAY___     Case number (if known)_____
         First Name    Middle Name    Last Name

21. **Other**. Specify: _____     21.   +$_____0_____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                22a.  $ 6,486.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  $ 0

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  $ 6,486.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $ 0

    23b. Copy your monthly expenses from line 22c above.        23b.  –$ 6486.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.              23c.  $ -6486.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    | Explain here:
              |
              |

Fill in this information to identify your case:

Debtor 1    PATRICK     RYAN     BRAY
            First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: MIDDLE District of FLORIDA

Case number
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _P. Ry Bray_____       ✗ _____
Signature of Debtor 1                         Signature of Debtor 2

Date 7/29/2019                               Date _____
    MM / DD / YYYY                                 MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1   _PATRICK    RYAN    BRAY_
           First Name        Middle Name        Last Name

Debtor 2   _____
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: _MIDDLE_ District of _FLORIDA_

Case number _____
(If known)

❑ Check if this is an
   amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☒ Married
   ❑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☒ No
   ❑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
   | _4007 RIVERVIEW BLVD_<br>Number  Street | From _2011_<br>To _PRESENT_ | _____<br>Number  Street | From _____<br>To _____ |
   | _BRADENTON  FL 34209_<br>City        State  ZIP Code | | _____<br>City    State   ZIP Code | |
   | | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
   | _____<br>Number  Street | From _____<br>To _____ | _____<br>Number  Street | From _____<br>To _____ |
   | _____<br>City    State  ZIP Code | | _____<br>City    State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No
   ❑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

Debtor 1    *PATRICK RYAN BRAY*    Case number (if known)_____
First Name    Middle Name    Last Name

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☒ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____0_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| For last calendar year:<br>(January 1 to December 31, 2018 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____0_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| For the calendar year before that:<br>(January 1 to December 31, 2017 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____0_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☒ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |
| For last calendar year:<br>(January 1 to December 31, _____)<br>YYYY | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |
| For the calendar year before that:<br>(January 1 to December 31, _____)<br>YYYY | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |

Debtor 1  _Patrick Ryan Bray_

First Name    Middle Name    Last Name

Case number (*if known*)_____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number    Street | _____ | | | |
| City    State    ZIP Code | _____ | | | |
| Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number    Street | _____ | | | |
| City    State    ZIP Code | _____ | | | |
| Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number    Street | _____ | | | |
| City    State    ZIP Code | _____ | | | |

Debtor 1 *PATRICK RYAN BRAY*
First Name    Middle Name    Last Name                                Case number (if known)_____

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City                State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City                State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City                State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City                State    ZIP Code | | | | |

Debtor 1 *PATRICK RYAN BRAY*

First Name   Middle Name   Last Name

Case number *(if known)*_____

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☒ Yes. Fill in the details.

   | Nature of the case | Court or agency | Status of the case |
   |---|---|---|
   | Case title *PATRICK BRAY V. BANK OF AMERICA* <br> Case number *8:15-CV-2532* | *ANTI-TRUST* | *MIDDLE DISTRICT OF FLORIDA* <br> Court Name <br> *801 N. FLORIDA AVE* <br> Number   Street <br> *TAMPA   FL   33602* <br> City   State   ZIP Code | ☐ Pending <br> ☒ On appeal <br> ☐ Concluded |
   | Case title *C1 BANK V. PATRICK BRAY, ET AL.* <br> Case number *2015-CA-4180* | *MORTGAGE FORECLOSURE* | *12TH JUDICIAL CIRCUIT* <br> Court Name <br> *1051 MANATEE AVE W* <br> Number   Street <br> *BRADENTON FL 34205* <br> City   State   ZIP Code | ☐ Pending <br> ☒ On appeal <br> ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

    | | Describe the property | Date | Value of the property |
    |---|---|---|---|
    | Creditor's Name <br><br> Number   Street <br><br> City   State   ZIP Code | | | $_____ |

    Explain what happened
    ☐ Property was repossessed.
    ☐ Property was foreclosed.
    ☐ Property was garnished.
    ☐ Property was attached, seized, or levied.

    | | Describe the property | Date | Value of the property |
    |---|---|---|---|
    | Creditor's Name <br><br> Number   Street <br><br> City   State   ZIP Code | | | $_____ |

    Explain what happened
    ☐ Property was repossessed.
    ☐ Property was foreclosed.
    ☐ Property was garnished.
    ☐ Property was attached, seized, or levied.

Debtor 1    _PATRICK RYAN BRAY_____    Case number (if known)_____
         First Name    Middle Name    Last Name

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's Name | | | $_____ |
| _____ Number    Street | | | |
| _____ | | | |
| _____ City            State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| _____ Number    Street | | | |
| _____ City            State    ZIP Code | | | |
| Person's relationship to you    _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| _____ Number    Street | | | |
| _____ City            State    ZIP Code | | | |
| Person's relationship to you    _____ | | | |

Debtor 1    PATRICK RYAN BRAY

First Name    Middle Name    Last Name

Case number (if known)_____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name _____ _____ Number    Street _____ City    State    ZIP Code | | _____ _____ | $_____ $_____ |

---

**Part 6:    List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:    List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☒ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid _____ Number    Street _____ _____ City    State    ZIP Code _____ Email or website address _____ Person Who Made the Payment, if Not You | | _____ _____ | $_____ $_____ |

Debtor 1  *PATRICK RYAN BRAY*
First Name    Middle Name    Last Name

Case number (if known)_____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | _____ | $_____ |
| | | _____ | $_____ |
| City        State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | _____ | $_____ |
| | | _____ | $_____ |
| City        State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | _____ |
| | | | |
| City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| Number    Street | | | _____ |
| | | | |
| City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1 ___Patrick Ryan Bray___  
First Name    Middle Name    Last Name

Case number (if known) _____

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☒ No  
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No  
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____<br><br>Number    Street _____<br><br>_____<br>City          State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution _____<br><br>Number    Street _____<br><br>_____<br>City          State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No  
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____<br><br>Number    Street _____<br><br>_____<br>City          State    ZIP Code | Name _____<br><br>Number    Street _____<br><br>_____<br>City    State    ZIP Code | | ☐ No<br>☐ Yes |

Debtor 1    _PATRICK RYAN BRAY_         Case number (if known)_____
          First Name    Middle Name     Last Name

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name of Storage Facility | Name | | ☐ Yes |
| Number    Street | Number    Street | | |
| | City State  ZIP Code | | |
| City          State      ZIP Code | | | |

---

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number    Street | Number    Street | | |
| City          State      ZIP Code | City          State      ZIP Code | | |

---

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number    Street | Number    Street | | |
| City          State      ZIP Code | City          State     ZIP Code | | |

Debtor 1   *PATRICK RYAN BRAY*
First Name   Middle Name   Last Name

Case number (if known)_____

25. Have you notified any governmental unit of any release of hazardous material?

☒ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name | | ☐ Pending |
| _____ | Number   Street | | ☐ On appeal |
| Case number _____ | City   State   ZIP Code | | ☐ Concluded |

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |
|---|---|

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name *PRBB LLC* | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Number   Street *1116 71ST ST NW* | *HOLDS A PROPERTY* | EIN: *20 - 46 66 038* |
| | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code *BRADENTON FL 34209* | *ELIZABETH BRAY* | From *2011* To *PRESENT* |

| Business Name | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Number   Street | | EIN: ___ __ - ___ ___ ___ ___ ___ |
| | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

Debtor 1  *PATRICK RYAN BRAY*
         First Name    Middle Name    Last Name

Case number (*if known*)_____

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Business Name** | | Do not include Social Security number or ITIN. |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| **Number    Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | |
| **City            State     ZIP Code** | | From _____ To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| **Name** | __ __ / __ __ / __ __ __ __ |
| | MM / DD / YYYY |
| **Number    Street** | |
| | |
| **City            State     ZIP Code** | |

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ *P. Ry Bray*                              ✖ _____
**Signature of Debtor 1**                        **Signature of Debtor 2**

Date *7/29/2019*                            Date _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1 *PATRICK RYAN BRAY*
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: *MIDDLE* District of *FLORIDA*

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7   12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
| --- | --- |

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name: *BANK OF OZARKS* <br> Description of property securing debt: *HOMESTEAD PRIMARY RESIDENCE* | ☒ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☒ Retain the property and [explain]: _____ | ☐ No <br> ☒ Yes |
| Creditor's name: *SYNOVUS BANK* <br> Description of property securing debt: *HELOC ON HOMESTEAD PRIMARY RESIDENCE* | ☐ Surrender the property. <br> ☒ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☒ Yes |
| Creditor's name: *MR COOPER* <br> Description of property securing debt: *SECONDARY PROPERTY* | ☐ Surrender the property. <br> ☒ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☒ No <br> ☐ Yes |
| Creditor's name: _____ <br> Description of property securing debt: _____ | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |

Debtor 1  _PATRICK RYAN BRAY_
    First Name    Middle Name    Last Name

Case number (*If known*)_____

---

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |

---

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**✗** _P. Ry Bray_      **✗** _____
Signature of Debtor 1            Signature of Debtor 2

Date  _7/29/2019_          Date  _____
    MM/  DD  /  YYYY                  MM / DD / YYYY

---

**Fill in this information to identify your case:**

Debtor 1 _PATRICK_ _RYAN_ _BRAY_
First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _MIDDLE_ District of _FLORIDA_

Case number _____
(If known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☒ **Married and your spouse is NOT filing with you.** You and your spouse are:

   　　☒ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   　　☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0 | $ 5,166 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0 | $ 0 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0 | $ 0 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0 | $ 0 | | |
| Ordinary and necessary operating expenses | – $ 0 | – $ 0 | | |
| Net monthly income from a business, profession, or farm | $ 0 | $ 0 | Copy here → $ 0 | $ 0 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0 | $ 0 | | |
| Ordinary and necessary operating expenses | – $ 0 | – $ 0 | | |
| Net monthly income from rental or other real property | $ 0 | $ 0 | Copy here → $ 0 | $ 0 |

7. **Interest, dividends, and royalties** ............ $ 0 | $ 0

Debtor 1    _PATRICK RYAN BRAY_____
       First Name     Middle Name     Last Name

Case number *(if known)*_____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation**

$ 0     $ 0

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ........................↴

For you ................................................ $ 0

For your spouse ................................... $ 0

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

$ 0     $ 0

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____    $ 0     $ 0

_____    $ 0     $ 0

Total amounts from separate pages, if any.    + $ 0     + $ 0

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 0    +    $ 5,166    =    $ 5,166

Total current monthly income

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. ..................................... Copy line 11 here➜    $ 5,166

Multiply by 12 (the number of months in a year).    x 12

12b. The result is your annual income for this part of the form.    12b.    $ 62,000

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    FLORIDA

Fill in the number of people in your household.    3

Fill in the median family income for your state and size of household. ..........................................    13.    $ 46,872

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☒ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗ _P. Ry Bray_____
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date _7/29/2019___
    MM / DD / YYYY

Date _____
    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Mailing Matrix

Secured Creditors:

Bank of the Ozarks
601 West Commercial Street
Ozark, AR 72949

Synovus Bank
111 Bay Avenue
Columbus, GA 31901

Mr. Cooper
8950 Cypress Waters Avenue
Coppell, TX 75019

Unsecured Creditors:

Bank of America
P.O. Box 982238
El Paso, TX 79998

Discover Financial
P.O. Box 15316
Wilmington, DE 19850

JPMCB
P.O. Box 15298
Wilmington, DE 19850

LPL Financial
C/O Neil Baritz
1075 Broken Sound Pkwy #102
Boca Raton, FL 33489

SYNCB
P.O. Box 965036
Orlando, FL 32896

Merrill Lynch
C/O Rubin Fortunato
10 South Leopard Road
Paoli, PA 19301

UBS Financial
C/O Stacey Fisher, Esq.
2775 Sunny Isles Blvd #100
Miami, FL 33160