UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                              CASE NO.: 19-bk-07115-MGW

PATRICK RYAN BRAY                                   CHAPTER: 7
*aka* P. Ryan Bray
*aka* Ryan Bray

    **Debtor.**
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, **ALBERTELLI LAW,** attorneys for **Nationstar Mortgage LLC d/b/a Mr. Cooper**, hereby enters its *Notice of Appearance* in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice for the following notice in this case.

- Property Address: 1116 71st NW, Bradenton, FL 34209
- Last Four Digits of Loan Number: 7958

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

    /s/   *Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com

ALAW FILE NO. 19-019052

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2019, I served a copy of the foregoing upon:

**SERVICE LIST**

Patrick Ryan Bray
4007 Riverview Blvd
Bradenton, FL 34209

*Trustee*
Carolyn R. Chaney
PO Box 530248
St. Petersburg, FL 33747

*U.S. Trustee*
United States Trustee - TPA7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

                    //s/     *Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com

ALAW FILE NO. 19-019052